UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>FIRST HORIZON NATIONAL CORPORATION, FIRST TENNESSEE BANK NATIONAL ASSOCIATION, FTN FINANCIAL SECURITIES CORPORATION, FIRST HORIZON ASSET SECURITIES, INC., UBS SECURITIES LLC, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., GERALD L. BAKER, PETER F. MAKOWIECKI, CHARLES G. BURKETT, AND THOMAS J. WAGEMAN,<br><br>      Defendants. | No. 11-cv-6193 (PGG) |

**RULE 7.1(a) DISCLOSURE STATEMENT OF DEFENDANTS FIRST HORIZON NATIONAL CORPORATION, FIRST TENNESSEE BANK NATIONAL ASSOCIATION, FTN FINANCIAL SECURITIES CORPORATION, AND FIRST HORIZON ASSET SECURITIES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, and First Horizon Asset Securities, Inc. hereby certifies as follows:

-2-

Defendant First Horizon National Corporation ("First Horizon") is a publicly held corporation. First Horizon has no parent, and no corporation beneficially owns 10% or more of First Horizon's stock.

First Horizon is the parent company and 100% owner of the common stock of Defendant First Tennessee Bank National Association. Defendant First Tennessee Bank National Association is the parent company and 100% owner of Defendants FTN Financial Securities Corp. and First Horizon Asset Securities, Inc.

Dated: New York, NY
September 29, 2011

Respectfully submitted,

*s/ Bruce E. Clark*
Bruce E. Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  212-558-4000
Facsimile:  212-558-3588

Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  202-956-7500
Facsimile:  202-956-6993

*Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, and First Horizon Asset Securities, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2011, a copy of the foregoing Rule 7.1(a) Disclosure Statement of Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, and First Horizon Asset Securities, Inc. was (i) filed through the ECF system, which will send copies electronically to all counsel on the Court's electronic filing system for this action, and (ii) served by Federal Express on:

| | |
|---|---|
| Jay B. Kasner, Esq.<br>Scott Musoff, Esq.<br>Robert A. Fumerton, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br><br>*Attorneys for Defendant UBS Securities LLC* | Sharon L. Nelles, Esq.<br>Penny Shane, Esq.<br>Jonathan M. Sedlak, Esq.<br>David Castelman, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br><br>*Attorneys for Defendant J.P. Morgan Securities LLC* |
| Richard W. Clary, Esq.<br>Michael Reynolds, Esq.<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eight Avenue<br>New York, NY 10019-7475<br><br>*Attorneys for Defendant Credit Suisse Securities (USA) LLC* | David D. Aufhauser, Esq.<br>Brendan Sullivan, Esq.<br>Jennifer Gibbons, Esq.<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br><br>*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc.* |

Dated: Washington, DC
      September 29, 2011

Respectfully submitted,

*s/ Amanda F. Davidoff*
Amanda F. Davidoff (davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: 202-956-7500
Facsimile: 202-956-6993