UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

FEDERAL HOUSING                                     Docket Number: 11 CV 6193 (DLC)

      -against-                                    NOTICE OF REASSIGNMENT

FIRST HORIZON
--------------------------------------------------------

The above-entitled action is:

[ X ] Reassigned to the Hon. DENISE L. COTE (DLC)
      ****RELATED TO 11 CV 6188 & 11 CV 6202****

[   ] Reassigned Referral to Hon.                    ,Magistrate Judge

[   ] Reassigned Designation to Hon.                 ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                      Ruby J. Krajick
                                                      Clerk of Court

Dated: 11/16/2011                                   By:    PHYLLIS ADAMIK
                                                            Deputy Clerk