August 10, 2012

**VIA ELECTRONIC MAIL**

The Honorable Denise L. Cote
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1610
New York, NY 10007

      Re:    *FHFA v. JPMorgan Chase & Co., Inc. et al.*, 11 Civ. 6188; *FHFA v. Ally Financial Inc., et al.*, 11 Civ. 7010; *FHFA v. First Horizon National Corp. et al.*, 11 Civ. 6193; *FHFA v. SG Americas, Inc. et al.*, 11 Civ. 6203

Dear Judge Cote:

      We write on behalf of all parties to the above-captioned actions to update the Court on the parties' discussions regarding the proposal by JPMorgan Chase & Co. and its affiliated defendants ("JMPC") to use predictive coding in the review and production of documents in these actions.

      The parties have made significant progress since the teleconference with the Court on this issue held on July 24, 2012.  Counsel for plaintiff FHFA and counsel for JPMC have attended 12 meet and confers, including four in-person meetings.  After each meet and confer, JPMC, with the assistance of Xerox Litigation Services, has circulated a "Daily Progress Report," which memorializes the topics discussed during the meet and confer.  Enclosed are two examples of those Daily Progress Reports.  The parties will continue to cooperate in good faith.  Neither party has a dispute to raise with the Court at this time.  The parties have reached an agreement in principle with respect to the terms of Plaintiff's access to the so-called "seed set" documents that JPMC agreed to provide to Plaintiff.   Should the parties be unable to finalize this agreement in principle, they may seek the Court's assistance in resolving this issue.


Respectfully submitted,

  /s/ *Manisha M. Sheth*
Manisha M. Sheth (manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. JPMorgan Chase & Co.*

The Honorable Denise L. Cote						August 10, 2012


   /s/ *Christine Chung*
Christine H. Chung (christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp.*


_____
Kanchana Wangkeo Leung (kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc. and FHFA v. SG Americas, Inc.*


_____
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
David A. Castleman (castlemand@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

cc:   All counsel of record

The Honorable Denise L. Cote					August 10, 2012

*[signature]*
Christine H. Chung (christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Plaintiff Federal Housing Finance
Agency in FHFA v. First Horizon National Corp.*

*[signature]*
Kanchana Wangkeo Leung (kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff Federal Housing Finance
Agency in FHFA v. Ally Financial Inc. and FHFA v. SG Americas, Inc.*

*[signature]*
Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
David A. Castleman (castlemand@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan
Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance
Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage
Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance
Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities
Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

cc:   All counsel of record