```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    11 Civ. 5201 (DLC)
                                        :    11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6189 (DLC)
                                        :    11 Civ. 6190 (DLC)
                    Plaintiff,          :    11 Civ. 6192 (DLC)
                                        :    11 Civ. 6193 (DLC)
         -v-                            :    11 Civ. 6195 (DLC)
                                        :    11 Civ. 6196 (DLC)
                                        :    11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,              :    11 Civ. 6200 (DLC)
                    Defendants;         :    11 Civ. 6201 (DLC)
                                        :    11 Civ. 6202 (DLC)
                                        :    11 Civ. 6203 (DLC)
And other FHFA cases.                   :    11 Civ. 6739 (DLC)
                                        :    11 Civ. 7010 (DLC)
                                        :
----------------------------------------X         ORDER
```

DENISE COTE, District Judge:

In letters of March 26, 2013, defendants raised several issues regarding the adequacy of 30(b)(6) depositions of Fannie Mae and Freddie Mac. Plaintiff responded in letters of March 28.

IT IS HEREBY ORDERED that the parties submit to Chambers hard copies of the transcripts of the six depositions at issue by noon on March 29, 2013.

Dated:   New York, New York
         March 29, 2013

                                    _____
                                         DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/29/13