```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :   11 Civ. 5201 (DLC)
                                      :   11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,       :   11 Civ. 6189 (DLC)
                                      :   11 Civ. 6190 (DLC)
                     Plaintiff,       :   11 Civ. 6192 (DLC)
                                      :   11 Civ. 6193 (DLC)
           -v-                        :   11 Civ. 6195 (DLC)
                                      :   11 Civ. 6196 (DLC)
                                      :   11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,            :   11 Civ. 6200 (DLC)
                     Defendants;      :   11 Civ. 6201 (DLC)
                                      :   11 Civ. 6202 (DLC)
                                      :   11 Civ. 6203 (DLC)
And other FHFA cases.                 :   11 Civ. 6739 (DLC)
                                      :   11 Civ. 7010 (DLC)
                                      :
--------------------------------------X       ORDER
```

DENISE COTE, District Judge:

In order to evaluate the defendants' requests in their letters of March 26, the Court has reviewed the transcripts of the six depositions taken pursuant to Rule 30(b)(6) of Fannie Mae and Freddie Mac witnesses. The Court has read with care the passages cited by counsel, read other sections, and skimmed much of the deposition transcripts. As a general matter, the transcripts reveal that the witnesses were knowledgeable, responsive, and well prepared to speak to the topics for which they were designated.

At our next conference, the Court will address each of the requests regarding these depositions. In the meantime, it is hereby

ORDERED that the requests for additional witnesses or time with witnesses contained in the March 26 letters are denied, with one exception: an additional two hours will be allowed for the deposition of Stephen Pionke.

Dated:   New York, New York
         April 1, 2013

_____
DENISE COTE
United States District Judge