```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   11 Civ. 6188 (DLC)
                                          :   11 Civ. 6189 (DLC)
FEDERAL HOUSING FINANCE AGENCY,           :   11 Civ. 6190 (DLC)
                                          :   11 Civ. 6192 (DLC)
                     Plaintiff,           :   11 Civ. 6193 (DLC)
                                          :   11 Civ. 6195 (DLC)
          -v-                             :   11 Civ. 6198 (DLC)
                                          :   11 Civ. 6200 (DLC)
                                          :   11 Civ. 6201 (DLC)
JPMORGAN CHASE & CO., et al.,             :   11 Civ. 6202 (DLC)
                                          :   11 Civ. 6203 (DLC)
                     Defendants;          :   11 Civ. 6739 (DLC)
                                          :   11 Civ. 7010 (DLC)
And other FHFA cases.                     :
                                          :          ORDER
------------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to an Order of February 27, 2013, the FHFA's re-underwriting expert report for Tranche 3 and 4 cases is due October 11, 2013. In letters of July 29 and July 31, the FHFA and defendants in the Tranche 3 and 4 cases, respectively, address the schedule for that report, any rebuttal report, and for summary judgment practice. It is hereby

ORDERED that the FHFA shall by August 5, 2013, submit a report that identifies for each Tranche 3 and 4 case (1) the number of securitizations, (2) the number of securitizations for which a re-underwriting expert report can be produced by October 11, 2013, and (3) the date(s) by which any supplemental re-

underwriting expert report may be produced for the remaining securitizations.

Dated:   New York, New York
         August 1, 2013

                              _____
                                    DENISE COTE
                              United States District Judge