UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                           :

FEDERAL HOUSING FINANCE AGENCY, etc., :
                    Plaintiff, :
          -v-                      :       11 Civ. 6193 (DLC)

FIRST HORIZON NATIONAL CORP., et al., :
                  Defendants. :
                           :
------------------------------------------X
                           :

FEDERAL HOUSING FINANCE AGENCY, etc., :
                    Plaintiff, :
          -v-                      :       11 Civ. 7010 (DLC)

ALLY FINANCIAL INC., et al., :
                  Defendants. :         ORDER
                           :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

8/7/2013

DENISE COTE, District Judge:

     On August 2, 2013, plaintiff FHFA and defendant UBS

Securities LLC filed joint motions in these two cases seeking

Bar Orders in light of the settlement in the UBS action, FHFA v.

UBS Americas, Inc., et al., No. 11 Civ. 5201 (DLC).  The

requested Bar Orders are substantially similar to those entered

in FHFA v. JPMorgan Chase & Co., et al., No. 11 Civ. 6188 (DLC)

and FHFA v. Ally Financial Inc., et al., No. 11 Civ. 7010 (DLC)

after the settlement of FHFA v. Citigroup Inc., et al., 11 Civ.

6196 (DLC).  In those cases, the non-settling defendants

indicated by letter that they did not oppose the entry of the

requested Bar Orders.  Accordingly, it is hereby

ORDERED that the non-settling defendants in the above-captioned cases shall indicate by August 12, 2013, whether they oppose the entry of the proposed Bar Orders.

SO ORDERED:

Dated:     New York, New York
           August 7, 2013

_____
            DENISE COTE
     United States District Judge